UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:14-CV-172-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ENTRY OF DEFAULT |
| v. | ) | AS TO DEFENDANT |
| | ) | CURTIS JONES |
| CURTIS JONES, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the above-named defendant, Curtis Jones, having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said defendant.

This 3rd day of July 2014.

_____
JULIE A. RICHARDS, CLERK
United States District Court